ETHEL M. PARTRIDGE *vs.* HARRY M. LYON.

Kennebec County.    Decided July 16, 1938.    At the trial of this action of negligence, before any evidence was offered, the trial judge, on request, ruled that the suit was barred by the statute of limitations, which the defendant had pleaded. Without further proceedings in the cause, exception reserved to the ruling was allowed and certified to this Court.

The exception is not properly before the Law Court. It should have remained in the Trial Court until the case was there prepared for final disposition. Exception dismissed. *Locke, Campbell & Reid*, for plaintiff. *McLean, Fogg & Southard*, for defendant.